## UNITED STATES BANKRUPTCY COURT

### FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>CARL DENNIS ROBINSON<br><br>Debtor | Chapter 13<br><br>Case No. 17-14174-BFK |

### MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Carl Dennis Robinson, Case #17-14174-BFK

*Attend the hearing to be held on June 27, 2018 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __June 5, 2018_____                                    __/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman
                                                             Chapter 13 Trustee
                                                             300 N. Washington Street, #400
                                                             Alexandria, VA 22314
                                                             (703) 836-2226
                                                             VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of June, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Carl Dennis Robinson | Jonathan Baird Vivona |
| Chapter 13 Debtor | Attorney for Debtor |
| 11001 Howland Dr | 601 King Street, Suite 400 |
| Reston, VA 20191 | Alexandria, VA 22314 |

                                                             ___/s/ Thomas P. Gorman_____
                                                             Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/05/2018

CASE NO: 17-14174-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-4493
ROBINSON, CARL DENNIS
AKA:

DATE FILED: 12/08/2017
11001 HOWLAND DR
RESTON, VA 20191

CONFIRMED:
LATEST 341: 01/16/2018
PERCENTAGE: 6.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 01/2018

ATTORNEY: JONATHAN BAIRD VIVONA
601 KING STREET, SUITE 400
ALEXANDRIA, VA 22314
Phone:703 739-1353 Fax:

ON SCHEDULE:     7,374.00
ACTUAL PAYMENTS: 2,882.00
AMOUNT BEHIND:   4,492.00

SCHEDULE:    1,474.80 MONTHLY
TOTAL PAID:          2,882.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 03/19/18 | PC | 1,150.00 |
| 03/05/18 | PC | 577.00 |
| 02/28/18 | RETURNED FUNDS | (577.40) NSF |
| 02/23/18 | PC | 577.40 |
| 01/25/18 | PC | 1,155.00 |

Needed to Complete Base:
BASE:   88,488.00
        85,606.00

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 334006 | TREASURER OF VIRGINIA / CONCEPCION ROSAL | PRO | PRI 100.00 | | 0.00 / 0.00 | 4,982.59 / 4,982.59 | 4,982.59 / 4,982.59 | 0.00 / 0.00 | 4,982.59 / 0.00 |
| 002 | 334006 | TREASURER OF VIRGINIA / HAIXIA YAN | PRO | PRI 100.00 | | 0.00 / 0.00 | 28,340.41 / 28,340.41 | 28,340.41 / 28,340.41 | 0.00 / 0.00 | 28,340.41 / 0.00 |
| 003 | 344160 | JPMORGAN CHASE BANK, NA / IN MOD PLAN | FIX | SEC 100.00 | | 64.69 / 323.45 | 2,781.50 / 2,781.50 | 2,781.50 / 2,781.50 | 0.00 / 0.00 | 2,781.50 / 0.00 |
| 004 | 327302 | RESTON ASSOCIATES | PRO | UNS 6.00 | | 0.00 / 0.00 | 1,210.83 / 0.00 | 1,210.83 / 72.65 | 0.00 / 0.00 | 72.65 / 0.00 |
| 004 | 317480 | RESTON ASSOCIATION / APP | FIX | SEC 100.00 | | 50.03 / 300.18 | 2,151.06 / 2,151.06 | 2,151.06 / 2,151.06 | 0.00 / 0.00 | 2,151.06 / 0.00 |
| 005 | 347710 | SUMMERRIDGE CONDO UOA / AVOIDING IN 8A- FILED S/C | PRO-A | UNS 6.00 | | 0.00 / 0.00 | 16,433.20 / 0.00 | 16,433.20 / 985.99 | 0.00 / 0.00 | 985.99 / 0.00 |
| 006 | 329615 | ASHBURN FARM ASSOCIATION | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 2,600.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 007 | 341686 | BECKMAN SCHMALZLE, ET AL PLC / LATE | PRO-A | UNS 6.00 | | 0.00 / 0.00 | 2,985.00 / 2,100.00 | 2,985.00 / 179.10 | 0.00 / 0.00 | 179.10 / 0.00 |
| 008 | 338827 | MIDLAND FUNDING LLC / CREDIT ONE BANK | PRO | UNS 6.00 | | 0.00 / 0.00 | 634.72 / 634.00 | 634.72 / 38.08 | 0.00 / 0.00 | 38.08 / 0.00 |
| 009 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS 6.00 | | 0.00 / 0.00 | 975.06 / 975.00 | 975.06 / 58.50 | 0.00 / 0.00 | 58.50 / 0.00 |
| 010 | 347711 | HALE AND BALL | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 24,000.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 011 | 347713 | LIEBLICH AND GRIMES PC | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 700.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 012 | 321970 | MERRICK BANK | PRO | UNS 6.00 | | 0.00 / 0.00 | 561.76 / 697.00 | 561.76 / 33.71 | 0.00 / 0.00 | 33.71 / 0.00 |
| 013 | 306651 | MIDLAND CREDIT MANAGEMENT, INC | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 819.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 014 | 347714 | NASA FEDERAL CREDIT UNION | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 900.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 015 | 331184 | NATIONAL COMMERCIAL SERVICES | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 650.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 016 | 347715 | RESTON PSYCHOLOGICAL CENTER PC | PRO | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 900.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 017 | 322393 | CHARLES S. WAKEFIELD, PC / WSFS BANK | PRO | UNS 6.00 | | 0.00 / 0.00 | 1,500.52 / 1,148.00 | 1,500.52 / 90.03 | 0.00 / 0.00 | 90.03 / 0.00 |
| 018 | 347716 | GARY THOMAS / RESIDENTIAL LEASE | PRO-I | UNS 6.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Closed / 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                                                                    Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/05/2018

CASE NO: 17-14174-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-4493
ROBINSON, CARL DENNIS

SCHEDULE:   1,474.80 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | VIVONA | JONATHAN BAIRD VIVONA | PRO | ATY 100.00 | | 0.00 0.00 | 5,150.00 5,150.00 | 5,150.00 5,150.00 | 0.00 0.00 | 5,150.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 195.98 | 195.98 | |
| | | | | | TOTALS: | 114.72 623.63 | 67,706.65 79,528.56 | 67,902.63 45,059.60 | 195.98 0.00 | 44,863.62 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 5,150.00 | 33,323.00 | 4,932.56 | 36,123.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 5,150.00 | 33,323.00 | 4,932.56 | 1,458.06 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 5,150.00 | 33,323.00 | 4,932.56 | 1,458.06 | 0.00 | DUE CREDITORS: | 44,863.62 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 3,077.34 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 2,686.02 |
| BALANCE DUE: | 0.00 | 5,150.00 | 33,323.00 | 4,932.56 | 1,458.06 | 0.00 | APPROX BALANCE: | 45,254.94 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court
by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                    Case Maintenance 10.5