Form B16B
12/94

2019 APR 22  10:55

UNITED STATES BANKRUPTCY COURT

Eastern District DISTRICT OF Virginia (Alexandria)

In re: Carl Dennis Robinson
       Debtor

Case No. 17-14174

Chapter 13

## Notice and motion for order Authorizing Release of Funds Held

1. The debtor filed a petition under Chapter 13 of the Bankruptcy Code in this court on December 8, 2017.

2. At the time the petition was filed certain sums, in the approximate amount of $2683.00 were paid to the Trustee, Thomas P. Gorman at 300 North Washington St Ste 400 Alexandria, VA 22314

3. The debtor's case was dismissed and the funds have been held by the Trustee.

4. The debtor was issued a Refund but has recently moved to a new address. The refund check was not forwarded to the new address.

5. The current address where the debtor resides is, 11730 Summerchase Circle, #E, Reston, VA 20194

Wherefore, the debtor prays for an order authorizing the release of the funds held by the Trustee in the amount of $2683.00 and returned to the new address.

Carl Dennis Robinson #E
11730 Summerchase Circle
Reston, VA 20194
571-455-4588

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ___22___ day of __April__, 20_19_.

Trustee

Thomas P. Coonmen
300 N. Washington St
Suite 400
Alexandria, VA 22314
703-836-2226

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
__Alexandria__ Division

In re: Carl Dennis Robinson    Case No. 17-14174

Chapter

Debtor(s)

Plaintiff(s)    Adversary Proceeding No.

v.

Defendant(s)

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: Release of Funds
Date Document Filed: 4/22/19
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.

☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Carl Dennis Robinson
Name of Pro Se Party (Print or Type)    Name of Pro Se Party (Print or Type)

[signature]
Signature of Pro Se Party    Signature of Pro Se Party

Executed on: 4/22/19 (Date)

[2090edva ver. 09/17]