# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 17−14174−BFK
**Chapter** 13
**Judge** Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carl Dennis Robinson
11730 Summerchase Circle #E
Reston, VA 20194

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−4493

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor: NA

## NOTICE OF FAILURE TO PROSECUTE

To: Moving or Prevailing Party

Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*71* − Motion for Return of Unclaimed Funds filed by Carl Dennis Robinson. Objection(s) due by 5/13/2019. (Huntington, Dayna)

*72* − Inquiry/General Checksheet Issued to Carl Dennis Robinson regarding Motion, Notice of Hearing; Document is not accompanied by a Notice of Motion indicating a 21 day objection period and also need to include the U.S. Attorney as well as U.S.Trustee in the certificate of service. (Re: related document(s)71 Motion for Return of Unclaimed Funds filed by Carl Dennis Robinson) (Huntington, Dayna)

*73* − Inquiry/General Checksheet BNC Certification of Service (Re: related document(s)[72] Inquiry/General Checksheet) (Admin.)

NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date: May 14, 2019                                   William C. Redden , Clerk
                                                     United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                           By /s/ Dayna Marie Huntington

Deputy Clerk

Case 17-14174-BFK    Doc 75    Filed 05/16/19    Entered 05/17/19 00:24:17    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
Eastern District of Virginia

In re:
Carl Dennis Robinson
    Debtor

Case No. 17-14174-BFK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9　　User: huntingto　　Page 1 of 1　　Date Rcvd: May 15, 2019
　　　　　　　　　　　Form ID: failpros　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db        +E-mail/PDF: cdrobin66@icloud.com May 15 2019 07:55:40    Carl Dennis Robinson,
        11730 Summerchase Circle #E,   Reston, VA 20194-1150
                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:
        Brandon R. Jordan   on behalf of Creditor   JPMorgan Chase Bank National Association
         bjordan@siwpc.com,
         dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
        Jonathan Baird Vivona   on behalf of Debtor Carl Dennis Robinson vivonalaw@gmail.com
        Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
        Michael L. Zupan   on behalf of Creditor   Summerridge Condominium Unit Owners Association
         michael.zupan@mercertrigiani.com,   jeanne.dorman@mercertrigiani.com
        Michael Todd Freeman   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee for WaMu Mortgage Pass-Through Certificates Series 2005- PR4 Trust mfreeman@siwpc.com,
         bjordan@siwpc.com;dsasser@siwpc.com;ewhite@siwpc.com;jmuncy@siwpc.com;npatel@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
        Sara J. Ross   on behalf of Creditor   Reston Association sjross@chadwickwashington.com
        Thomas P. Gorman   ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                                     TOTAL: 7